■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BAKER, Appellant. (Appeal No. 2.) [740 NYS2d 922] —Appeal from a judgment of Livingston County Court (Cicoria, J.), entered February 29, 2000, convicting defendant upon his plea of guilty of, inter alia, aggravated unlicenced operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same Memorandum as in *People v Baker* ([appeal No. 1] 294 AD2d 888). Present—Pine, J.P., Hayes, Hurlbutt, Burns and Lawton, JJ.